14, 1914.) Action by Nellie Davis, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. The finding of the jury that the defendant was guilty of negligence is contrary to and against the weight of the evidence.

———

DAVIS, Respondent, v. EDELSTEIN, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Yetta Davis against Joseph Edelstein, as executor. J. Sapinsky, of New York City, for appellant. F. Pierce, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

———

DEADY, Appellant, v. NEAL, Respondent. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Josephine T. Deady against E. Virgil Neal. No opinion. Judgment affirmed, with costs. See, also, 156 App. Div. 907, 142 N. Y. Supp. 1115.

———

In re DECKER. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) In the matter of the examination of Seymour D. Decker, judgment debtor, in proceedings supplementary to execution upon the application of the American Slicing Machine, judgment creditor, under a judgment recovered in an action entitled: "Supreme Court, Broome County. American Slicing Machine Company v. Seymour D. Decker." No opinion. Motion granted, unless within 30 days the appellant serves upon the respondent printed papers upon appeal, which he may do; if such papers be so served, the motion is denied.

———

In re DEE'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Appeal from Surrogate's Court, Kings County. Judicial settlement of the estate of William Vincent Dee, deceased. Application for appraisal of taxable transfers of property belonging to the estate. From a surrogate's order fixing the assessment, Mary A. Abbot, as administratrix, appeals. Affirmed, without opinion. William F. Bleakley, of Yonkers, for appellant. William J. Mahon, of New York City, for respondent State Comptroller.

PER CURIAM. Affirmed.

BURR, J. (dissenting). I can discover no evidence in this case that at the time of the gift by Dr. Dee to Mrs. O'Neil, which concededly is a gift "inter vivos," he was then under the apprehension of death which arose from some existing condition of body or some impending peril. Matter of Baker, 83 App. Div. 530, 82 N. Y. Supp. 390, affirmed on opinion below 178 N. Y. 575, 70 N. E. 1094. He was found dead about 2 o'clock in the morning of March 18, 1912, upon the stairs leading to his room. The cause of his death nowhere appears. The gift was about noon on March 17th. That forenoon, in answer to inquiries about his health, he replied, "I feel fine." He had attended to his professional practice during the entire day, receiving patients in his office, and visiting others in their homes. His appearance was that of one in good health. It is true that about midnight of March 17th he was seen "testing his chest" with some instrument. This was nearly 12 hours after the completed gift. If any inference could be drawn from this incident, it was immediately destroyed by testimony from the same witness that the examination disclosed no disease. On the contrary, he then stated, in answer to a question addressed to him by the same witness, that he was not ill, and that he was "all right."

———

DE LILLO, Appellant, v. W. A. UNDERHILL BRICK CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Michael De Lillo against the W. A. Underhill Brick Company. No opinion. Judgment and order of the County Court of Westchester County reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence required the submission to the jury of the question whether there was a conversion of plaintiff's property. See, also, 153 App. Div. 914, 138 N. Y. Supp. 1113.

———

DELOSSY v. SAVAGE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Herma Delossy against Henry S. Savage. No opinion. Application denied, with $10 costs. Order signed.

———

DE PARIS, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Elizabeth De Paris against the Rutland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 150 App. Div. 895, 134 N. Y. Supp. 1130.

———

In re DE VOE. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) In the matter of the application of W. Floyd De Voe for a warrant to search for and seize liquors kept, stored, and deposited for unlawful sale and distribution in premises located at H. B. Peabody's, No. 200 North street (formerly Railroad street) in the village of Union, opposite Erie Depot, town of Union, Broome county, N. Y. No opinion. Order affirmed, with costs.

———

In re DICK et al. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) In the matter of the application of Evans R. Dick and others, copartners doing business as Dick Bros. & Co., for a writ of mandamus against William Sohmer, as Comptroller of the State of New York. No opinion. Final order unanimously affirmed, with costs.